Certificate Number: 01267-WIE-DE-005242234

Bankruptcy Case Number: 08-27006

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on October 25, 2008, at 11:00 o'clock AM EDT,

Lisa S Moore completed a course on personal financial management given by telephone by

Money Management International, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: October 25, 2008       By    /s/Crystal Carriker    *Crystal Carriker*

Name   Crystal Carriker

Title   Education Counselor