Certificate Number: 01267-WIE-DE-005242235

Bankruptcy Case Number: 08-27006

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on October 25, 2008, at 11:00 o'clock AM EDT, Michael A. Moore completed a course on personal financial management given by telephone by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: October 25, 2008

By /s/Crystal Carriker *Crystal Carriker*

Name Crystal Carriker

Title Education Counselor