UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:                                         Chapter 7

Michael A. Moore and                 Case No. 08–27006–svk
Lisa S. Moore,
              Debtors.

## NOTICE OF HEARING
## (TO BE HELD VIA VIDEOCONFERENCE)

TO:      Michael A. Moore                      Attorney Timothy P. Dewane
              Lisa S. Moore                          American General Finance

     PLEASE TAKE NOTICE that a hearing will be held before the Honorable Susan V. Kelley, United States Bankruptcy Judge, on **February 4, 2009, at 12:00 PM,** at the Northeast WI Technical College, 2740 West Mason Street, Student Center Bldg., Room SC207, Green Bay, Wisconsin to consider the Reaffirmation Agreement with American General Finance. The Debtor, Michael Moore, must participate in this hearing or the Reaffirmation Agreement cannot be approved.

     PLEASE TAKE FURTHER NOTICE that although telephone appearances are not permitted, you may appear in the United States Courthouse at 517 East Wisconsin Avenue, Room 167, Milwaukee, Wisconsin and participate via videoconference.

Exhibits, if any, must be filed with the court at least one day prior to the hearing.

     **Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–297–3291, Ext. 3202), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.**

                                                        By the Court:

                                                        _____/s/_____
                                                        Susan V. Kelley
January 6, 2009                                United States Bankruptcy Judge