UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

MICHAEL A. MOORE and
LISA S. MOORE,

         Debtors.

CHAPTER 7

Case No. 08-27006-SVK

AFFIDAVIT OF NO OBJECTION

STATE OF WISCONSIN    )
                                  ) ss.
MILWAUKEE COUNTY     )

    BRIAN P. THILL, being first duly sworn on oath, deposes and states:

    1.    That he is the attorney for Liquidation Properties, Inc., without recourse ("Movant").

    2.    That on January 16, 2009, he forwarded to the Court, U.S. Trustee, Debtors, attorneys for Debtors, Trustee, and creditor matrix in the above-captioned matter a Notice of Motion and Motion for Relief from Automatic Stay and for Abandonment, indicating that if no objection was received from any of the above parties within fifteen (15) days of the date of the motion, the stay would be lifted and the bankruptcy estate's interest in the property abandoned.

    3.    That no objection has been received from the U.S. Trustee, Debtors, attorneys for Debtors, Trustee, or any creditors.

POST OFFICE ADDRESS:
    Brian P. Thill
    O'Dess and Associates, S.C.
    1414 Underwood Avenue, Suite 403
    Wauwatosa, Wisconsin 53213
    (414) 727-1591
    (414) 727-1590 fax
    bthill@odesslaw.com

1

4. That Affiant is making this Affidavit for purposes of obtaining an Order from the Court lifting the stay in this matter so that Movant can proceed with foreclosure proceedings against Debtors in state court against property legally described as follows:

> Lot 20, according to the Recorded Plat of Ellingson Subdivision, in the City of Green Bay, West side of Fox River, Brown County, State of Wisconsin. More commonly known as: 1763 Aspen Lane. Parcel No. 6-1947

and for abandonment of the Bankruptcy Estate's interest in the subject property.

/s/ _____
BRIAN P. THILL

Subscribed and sworn to before me
this 4th day of February, 2009.


/s/ _____ [notary seal]
Julie Lorenzi
Notary Public, State of Wisconsin
My Commission expires April 22, 2012.