THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Honorable Susan V. Kelley
    United States Bankruptcy Judge

DATED:   February 5, 2009



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 7 |
| Michael A. Moore and<br>Lisa S. Moore,<br>        Debtors. | Case No. 08–27006–svk |

**Order Denying Reaffirmation Agreement**

Appearances:      Michael A. Moore, Debtor

    On January 5, 2009 , the debtors filed a motion for approval of the reaffirmation agreement made between the debtors and American General Finance . The court held the hearing required by 11 U.S.C. §524(d) on notice to the debtors and the creditor on February 4, 2009.

IT IS HEREBY ORDERED:

    That the court does not approve the reaffirmation agreement due to the debtors' unsuccessful rebuttal of the presumption of undue hardship.

####