

Citi Residential Lending
P.O. Box 11000
Santa Ana, CA 92711-1000

February 25, 2009

#BWNKZZS
Us Bankruptcy Court
Eastern District Wisconsin
126 Us Courthouse
517 E Wisconsin Ave
Milwaukee, WI 53202-4582

FILED - MAIL
2009 MAR -6 AM 9:33
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

08-27006

Re: Loan Number: 9000043340
    New Servicer Loan Number: 000000009000043340
    Borrower(s): Michael A Moore
                 Lisa S Moore
    Property: 1763 Aspen Ln, Green Bay WI 54303

Dear Sir/Madam:

Please be advised that Citi Residential Lending, Inc. recently filed a communication regarding a recent transfer of the above referenced loan, which contained incorrect information and should be disregarded. Citi Residential Lending transferred the servicing rights of the above Real Estate Secured Loan to CitiMortgage, Inc. The transfer took place effective February 1, 2009, and all further communication and inquiries should be directed to the new servicer at the address below:

CitiMortgage, Inc.
PO BOX 140609
Irving, Texas 75014

A Transfer of Claim will be prepared and filed pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure.

Sincerely,


Service Release Department

SR001/013/CPI

Federal law requires us to notify you that we are acting as a debt collector and any information we collect from you will be used for the purpose of collecting your debt. Unless federal law otherwise prohibits, we may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Please be advised that if your loan is in a bankruptcy or has been discharged, this is not an attempt to collect a debt but is sent to you for informational purposes only.

P.O. Box 11000, Santa Ana, CA 92711-1000    Toll Free (800) 430-5262    www.mycitiresidentialloan.com
EF0B4Z/NCP/9-07